UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
COMCAST CABLE COMMUNICATIONS
MANAGEMENT, LLC, at al.,        **ORDER**

                    Plaintiffs,     23 Civ. 4436 (AKH)

     -against-

MAXLINEAR, INC.,

                    Defendant.
------------------------------------------------------------ X

ALVIN K. HELLERSTEIN, U.S.D.J.:

A hearing on Plaintiff's application for a preliminary injunction will be held on September 13, 2023 at 2:00 p.m. in Courtroom 14D. No later than September 11, 2023, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

SO ORDERED.

Dated:    July 17, 2023              ____/s/ Alvin K. Hellerstein____
           New York, New York       ALVIN K. HELLERSTEIN
                                               United States District Judge