UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
COMCAST CABLE COMMUNICATIONS
MANAGEMENT, LLC, at al.,                                     :    **ORDER**

                        Plaintiffs,     :    23 Civ. 4436 (AKH)

        -against-                                                   :

MAXLINEAR, INC.,                                             :

                        Defendant.       :
------------------------------------------------------------ X

ALVIN K. HELLERSTEIN, U.S.D.J.:

The hearing scheduled for September 13, 2023 at 2:00 p.m. is adjourned to September 14, 2023 at 2:00 p.m.

SO ORDERED.

Dated:     July 31, 2023                    /s/ Alvin K. Hellerstein
             New York, New York       ALVIN K. HELLERSTEIN
                                                     United States District Judge