**Davis Polk**

Dana M. Seshens
+1 212 450 4855
dana.seshens@davispolk.com

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
davispolk.com

SO ORDERED.

/s/ Alvin Hellerstein
U.S.D.J.
September 12, 2023

September 12, 2023

Re: *Comcast Cable Communications Management, LLC, et al. v. MaxLinear, Inc.*, No. 23-cv-04436

The Honorable Alvin K. Hellerstein
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 14D
New York, NY 10007

Dear Judge Hellerstein:

We represent Plaintiffs Comcast Cable Communications Management, LLC and Comcast Cable Communications, LLC (together, "Comcast") in the above-referenced action.  We write jointly with counsel for Defendant MaxLinear, Inc. ("MaxLinear") to respectfully request that the Court adjourn the hearing on Comcast's application for a preliminary injunction, currently scheduled for Thursday, September 14, 2023, at 2:00 p.m. Eastern.

As the Court is aware, on May 30, 2023, Comcast filed its Application for a Preliminary Injunction and Temporary Restraining Order (the "Application").  (*See* ECF Nos. 7–18.)  As of August 9, 2023, the Application has been fully briefed.  (*See* ECF Nos. 39, 59.)  As reflected in the parties' stipulation, filed contemporaneously herewith (ECF No. 66), the parties have conferred about Comcast's Application and reached the agreements contained in the stipulation, as a result of which Comcast is withdrawing its Application.  Comcast's claims, however, remain pending, and the parties will work in good faith to prepare a case management plan for the case management conference scheduled for September 29, 2023.

The parties are available to provide any additional information that would be helpful to the Court and thank the Court for its consideration of and attention to this matter.

Respectfully submitted,

*/s/ Atif Khawaja*

Atif Khawaja
*Counsel for Defendant*

Respectfully submitted,

*/s/ Dana M. Seshens*

Dana M. Seshens
*Counsel for Plaintiffs*

cc:     All Counsel of Record (via ECF)

**Electronic Filing**