```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
                                                                :
COMCAST CABLE COMMUNICATIONS                                    :
MANAGEMENT, LLC and COMCAST                                     :   ORDER
COMMUNICATIONS, LLC,                                            :
                                                                :
                                    Plaintiffs,                 :   23 Civ. 04436 (AKH)
        v.                                                      :
                                                                :
MAXLINEAR, INC. and ENTROPIC                                    :
COMMUNICATIONS, LLC,                                            :
                                    Defendants.                 :
                                                                :
                                                                :
                                                                :
--------------------------------------------------------------- X
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

      In the present status of the case, where information concerning Defendant Entropic Communications, LLC ("Entropic Communications") suggests citizenship of its members in states other than Pennsylvania, the Court is satisfied that the Plaintiff's Second Amended Complaint sufficiently shows diversity jurisdiction under 28 U.S.C. § 1332.

      The Court expects Entropic Communications to provide the disclosures required by Rule 7.1(b) of the Federal Rules of Civil Procedure. Entropic Communications's time to appear and answer will expire twenty-one days after service, and will not be enlarged, except on filing of its Rule 7.1(b) disclosure.

      SO ORDERED.

Dated:    October 26, 2023                        __/s/_Alvin K. Hellerstein_____
          New York, New York                ALVIN K. HELLERSTEIN
                                                      United States District Judge