```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------- X
COMCAST CABLE COMMUNICATIONS                     :
MANAGEMENT, LLC, et al.,                         :       ORDER REGULATING
                                                 :       PROCEEDINGS
             Plaintiffs-Counterclaim Defendants, :
                                                 :       23 Civ. 4436 (AKH)
             -against-                           :
                                                 :
MAXLINEAR, INC.,                                 :
                                                 :
             Defendant-Counterclaim Plaintiff.   :
----------------------------------------------------------- X
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

After further consideration, the parties shall answer the following questions:

1. Since it appears to be agreed that the contractual relationship terminated on August 21, 2025 (ECF 142, ¶ 40) and that date is past, has Comcast Cable Communications Management, LLC's and Comcast Cable Communications, LLC's (together "Comcast's") claim for a declaratory judgment become academic, leaving only its claims for indemnification and damages?

2. Since the covenant not to sue upon which Comcast's claims for indemnification and breach of implied contract appears to be time-limited to the time period when the parties' contractual relationship was in effect, are Comcast's claims for indemnification and damages limited to the period before August 21, 2025?

3. Since MaxLinear, Inc.'s ("MaxLinear's") alleged assignee, Entropic, LLC, ("Entropic") was not disabled from filing patent infringement lawsuits after August 21, 2025, would Comcast have had to incur substantially the same litigation expenses if Entropic had filed its suits after August 21, 2025?

4. If the answer to these questions is "yes", should Comcast's complaint be dismissed and the parties be re-aligned?

5. Comcast shall attach the pleadings in the two California lawsuits to its filing and describe the current status of the lawsuits. MaxLinear shall file a copy of its patents that are the subjects of the lawsuits and any assignments to Entropic enabling Entropic to file lawsuits for their infringement by Comcast.

6. Are the trade secrets that are the subjects of MaxLinear's counterclaim subsumed in the specifications and claims of the patents?

7. Should the California and the New York lawsuits be consolidated into a single action?

8. The October 3, 2025 order establishing a schedule for summary judgment motions is vacated.

The parties shall file their answers to these questions on November 5, 2025, noon; and any opposition papers on November 17, 2025, noon. The court will issue an appropriate order thereafter.

Dated:   SO ORDERED.
October 17, 2025
New York, New York

ALVIN K. HELLERSTEIN
United States District Judge