**Davis Polk**

Dana M. Seshens
+1 212 450 4855
dana.seshens@davispolk.com

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
davispolk.com

November 5, 2025

*So ordered.*
*11-6-25*
*A.K. Hellerstein*

Re: *Comcast Cable Commc'ns Mgmt., LLC et al. v. MaxLinear, Inc.*, No. 1:23-cv-04436-AKH

The Honorable Alvin K. Hellerstein
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Dear Judge Hellerstein:

We represent Plaintiffs-Counterclaim Defendants Comcast Cable Communications Management, LLC and Comcast Cable Communications, LLC (together, "Comcast") in the above-referenced action. We write pursuant to Rule 4(B)(i) of Your Honor's Individual Rules and the Amended Stipulated Protective Order (ECF No. 118) to respectfully request permission to file Comcast's Responses to the Court's October 17, 2025 Order Regulating Proceedings (the "Responses") in redacted form and to submit to Your Honor's Chambers an unredacted copy of the same.

MaxLinear and Entropic have designated certain of the discovery-related information discussed in the Responses as confidential or highly confidential pursuant to the parties' above-referenced Protective Order. Comcast takes no position on the propriety of these designations but nevertheless seeks to temporarily redact the Responses to afford MaxLinear and Entropic an opportunity to apply for permanent sealing should they wish to do so.

As required by Rule 4(B)(i) of Your Honor's Individual Rules, Comcast is filing contemporaneously herewith on the public docket the Responses, with redactions applied, and submitting to Chambers a separate version of the Responses, with the proposed temporary redactions highlighted.

Respectfully submitted,

Dana M. Seshens

cc: All Counsel of Record (via ECF)
Electronic Filing