UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X

COMCAST CABLE COMMUNICATIONS          :
MANAGEMENT, LLC, COMCAST CABLE        :    **ORDER REGULATING**
COMMUNICATIONS, LLC,                  :    **PROCEEDINGS**
                                      :
    Plaintiffs-Counterclaim Defendants, :    23 Civ. 4436 (AKH)
                                      :
    -against-                          :
                                      :
MAXLINEAR, INC.,                      :
                                      :
    Defendant-Counterclaim Plaintiff.  :
------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

In its October 17, 2025 order, the Court addressed questions to the parties intended to better understand the California litigation and its relationship to this case. At this point, there is no clear reason why either should be preferred over the other, and therefore both should continue on their own track.

Before proceeding to the retention of experts, the parties shall appear for a status conference on January 6, 2026 at 2:30 p.m. in Courtroom 14D, 500 Pearl St., New York NY. Prior to the conference, the parties shall identify the scope of relevant expert testimony.

SO ORDERED.

Dated:    December 4, 2025
        New York, New York

                            ALVIN K. HELLERSTEIN
                            United States District Judge