UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
COMCAST CABLE COMMUNICATIONS　　　　:
MANAGEMENT, LLC, COMCAST CABLE　　　:　　**ORDER REGULATING**
COMMUNICATIONS, LLC,　　　　　　　　　:　　**PROCEEDINGS**
　　　　　　　　　　　　　　　　　　　:
　　　　　Plaintiffs-Counterclaim Defendants,　:　　23 Civ. 4436 (AKH)
　　　　　　　　　　　　　　　　　　　:
　　　　　　　　-against-　　　　　　　:
　　　　　　　　　　　　　　　　　　　:
MAXLINEAR, INC.,　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　:
　　　　　Defendant-Counterclaim Plaintiff.　:
------------------------------------------------------------ X
ALVIN K. HELLERSTEIN, U.S.D.J.:

　　　　The parties are hereby ordered to appear for a status conference on March 6, 2026, at 10 a.m., which will be held via the following call-in number:

　　　　**Call-in number: 646-453-4442**

　　　　**Access code: 717 780 649#**

　　　　To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones.  Additionally, all participants are directed to call in **10 minutes** prior to the start of the conference.

　　　　Finally, no later than March 3, 2026 at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

　　　　SO ORDERED.

Dated:　　February 26, 2026　　　　　　_____/s/ Alvin K. Hellerstein_____
　　　　　New York, New York　　　　　　ALVIN K. HELLERSTEIN
　　　　　　　　　　　　　　　　　　United States District Judge