# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

Sharre Lotfollahi, P.C.
To Call Writer Directly:
+1 213 680 8673
sharre.lotfollahi@kirkland.com

2049 Century Park East
Los Angeles, CA 90067
United States

+1 310 552 4200

www.kirkland.com

Facsimile:
+1 310 552 5900

June 9, 2026

**So ordered.**

**/s/ Alvin K. Hellerstein**
**U.S.D.J.**
**June 24, 2026**

**VIA CM/ECF**

Hon. Alvin K. Hellerstein
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1050
New York, NY 10007

Re:     *Comcast Cable Communications Management, LLC, et al. v. MaxLinear, Inc.*, Case No. 1:23-cv-04436-AKH

Dear Judge Hellerstein:

We represent Defendant-Counterclaim Plaintiff MaxLinear, Inc. ("MaxLinear") in connection with the above-captioned action. Jointly with counsel for Plaintiffs-Counterclaim Defendants Comcast Cable Communications Management, LLC and Comcast Cable Communications, LLC (together, "Comcast"), we write pursuant to Rule 4(B)(i) of Your Honor's Individual Rules and the parties' Amended Stipulated Protective Order (ECF No. 118) to respectfully request permission to file the June 9, 2026 joint letter regarding the parties' discovery dispute ("Joint Letter") in redacted form and to file an unredacted version of the same under seal. The redacted portions of the Joint Letter reveal information that this Court has previously ordered may be filed under seal—namely the terms of a confidential settlement agreement to which Comcast is a party and the contents of a Patent Purchase Agreement to which MaxLinear is a party. *See* ECF No. 223 (granting MaxLinear's motion to seal the Patent Purchase Agreement); ECF No. 250 (granting Comcast's motion to seal the Settlement Agreement).

The parties also respectfully request to file the following exhibits to the Joint Letter under seal:

- Exhibit 5 is an email thread between counsel for MaxLinear and Comcast. In this thread, counsel discuss the contents of agreements that this Court has previously ordered may be sealed. *See* ECF No. 223; ECF No. 250.

Austin   Bay Area   Beijing   Boston   Brussels   Chicago   Dallas   Hong Kong   Houston   London   Los Angeles   Miami   Munich   Paris   Salt Lake City   Shanghai   Washington, D.C.

## KIRKLAND & ELLIS LLP

Honorable Alvin K. Hellerstein
June 8, 2026
Page 2

- Exhibit 8 is Comcast's Supplemental Responses and Objections to MaxLinear's Second Set of Interrogatories. The redacted portions of Exhibit 8 contain the terms of the Patent Purchase Agreement that this Court has previously ordered may be sealed. ECF No. 223.
- Exhibit 9 is a Services Agreement signed in conjunction with the Patent Purchase Agreement. MaxLinear has designated this Services Agreement as Confidential because it, like the Patent Purchase Agreement itself, contains competitively sensitive information affecting both MaxLinear's and non-party Entropic's ability to effectively negotiate future transactions. *See* ECF No. 223 (granting motion to seal Patent Purchase Agreement on these grounds).

Respectfully submitted,

*/s/ Sharre Lotfollahi*
Sharre Lotfollahi
*Counsel for MaxLinear*

*/s/ Dana M. Seshens*
Dana M. Seshens
*Counsel for Comcast*

Cc:   All Counsel of Record (via ECF)