UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------- X

COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, COMCAST CABLE COMMUNICATIONS, LLC,

Plaintiffs-Counterclaim Defendants,

-against-

MAXLINEAR, INC.,

Defendant-Counterclaim Plaintiff.

--------------------------------------------------------- X

**ORDER GRANTING MOTIONS TO SEAL**

23 Civ. 4436 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

MaxLinear, Inc. ("MaxLinear") and Comcast Cable Communications Management, LLC and Comcast Cable Communications, LLC ("Comcast") have each filed motions to seal portions of the documents relating to their summary judgment motions. ECF Nos. 288, 300, 309, 310. The sealed documents and redactions to filings are narrowly tailored to protect sensitive commercial information, including trade secrets and details regarding settlement agreements. *Kewazinga Corp. v. Microsoft Corp.*, 2021 WL 1222122, at *3 (S.D.N.Y. Mar. 31, 2021) ("Courts commonly find that documents that contain trade secrets, confidential research and development information, … and the like satisfy the sealing standard."). Therefore, there are compelling reasons to maintain the information under seal, and the motions to seal are granted.

The Clerk of Court shall terminate ECF Nos. 288, 300, 309, and 310.

SO ORDERED.

Dated: September 10, 2026
New York, New York

ALVIN K. HELLERSTEIN
United States District Judge