**Davis Polk**

Dana M. Seshens
+1 212 450 4855
dana.seshens@davispolk.com

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
davispolk.com

October 13, 2026

Re: *Comcast Cable Communications Management, LLC, et al. v. MaxLinear, Inc.*, No. 23-cv-04436-AKH

The Honorable Alvin K. Hellerstein
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

So ordered.
10-15-26
Alvin K. Hellerstein

Dear Judge Hellerstein:

We represent Plaintiffs-Counterclaim Defendants Comcast Cable Communications Management, LLC and Comcast Cable Communications, LLC (collectively, "Comcast") in the above-referenced action. We write pursuant to Rule 4(B)(i) of Your Honor's Individual Rules and the parties' Amended Stipulated Protective Order (ECF No. 118) (the "Protective Order") to respectfully request that the Court order that certain exhibits and related information attached to and/or reflected in MaxLinear's Opposition to Comcast's Motion for Summary Judgment (ECF No. 322), MaxLinear's Rule 56.1 Statement in Opposition to Comcast's Motion for Summary Judgment (ECF No. 325), MaxLinear's Opposition to Comcast's Motion to Strike Certain Opinions of Dr. Stephen Wicker (ECF No. 334), MaxLinear's Opposition to Comcast's Motion to Strike Certain Opinions of Dr. Coleman Bazelon (ECF No. 342), and MaxLinear's Opposition to Comcast's Motion to Strike MaxLinear's Demand for a Jury Trial on MaxLinear's Counterclaims (ECF No. 339) (collectively, the "MaxLinear Opposition Briefs") remain under permanent seal. Specifically, Comcast respectfully requests that the exhibits reflected in Appendix A and the corresponding redacted statements in the MaxLinear Opposition Briefs remain sealed.

A party may file documents under seal where "closure is essential to preserve higher values and is narrowly tailored to serve that interest." *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 120 (2d Cir. 2006).[1] Among those higher values, good cause exists to protect from public disclosure confidential business or commercial information. *See, e.g., Standard Inv. Chartered, Inc. v. Nat'l Ass'n of Sec. Dealers, Inc.*, 2008 WL 199537, at *8 (S.D.N.Y. Jan. 22, 2008) ("The interest in protecting business information that might harm a litigant's competitive standing has, at a minimum, been recognized by the Supreme Court as potentially sufficient to defeat the common law presumption of access."), *aff'd sub nom Standard Inv. Chartered, Inc. v. Fin. Indus. Regul. Auth., Ind.*, 347 F. App'x 615, 617 (2d Cir. 2009).

Here, Comcast seeks to ~~permanently~~ seal the exhibits reflected in Appendix A, which reflect (a) confidential business information about Comcast's strategy with respect to developing and maintaining its network, (b) confidential technical information about Comcast's cable network infrastructure, and (c) confidential business information about Comcast's relationships and negotiations with third-party vendors. Comcast also seeks to redact related information in the MaxLinear Opposition Briefs.

If the information that is the subject of Comcast's sealing request were disclosed publicly, Comcast would experience "competitive disadvantage" because Comcast's competitors would have access to the information. *See e.g., Standard Inv. Chartered*, 347 F. App'x at 617 (affirming district court's decision to

[1] Unless otherwise noted, all citations omit internal citations, quotation marks, or alterations.

**Davis Polk**

protect from disclosure information that could cause "significant competitive disadvantage" to the defendant, including by allowing a competitor to "deduce [the defendant]'s negotiation tactics"); *Tyson Foods, Inc. v. Keystone Foods Holdings, Ltd.*, 2020 WL 5819864, at *2 (S.D.N.Y. Sept. 30, 2020) (granting motion to seal documents containing "[alleged] trade secrets, confidential research and development information, marketing plans, revenue information, pricing information, and the like" because such "[n]on-public data is . . . sensitive and potentially damaging if shared with competitors"); *News Corp. v. CB Neptune Holdings, LLC*, 2021 WL 3409663, at *2 (S.D.N.Y. Aug. 4, 2021) (sealing information the disclosure of which would cause "competitive disadvantages" that would outweigh "the general public interest in disclosure").

Among other things, publicizing the details of Comcast's network strategy, technical information about Comcast's network infrastructure, or information about Comcast's vendor relationships and negotiations with those vendors could put Comcast and/or its vendors at a disadvantage in future negotiations if third-party competitors had access to them. *See Standard Inv. Chartered*, 347 F. App'x at 617. Further, the information therein related to Comcast's confidential business information, if disclosed, "may provide valuable insights into a company's current business practices that a competitor would seek to exploit." *Louis Vuitton Malletier S.A. v. Sunny Merch. Corp.*, 97 F. Supp. 3d 485, 511 (S.D.N.Y. 2015). Accordingly, any public interest in gaining access to these materials is outweighed by the parties' commercial interests and the commercial and competitive disadvantages that Comcast may suffer as a result of disclosure.

The Court has previously permitted the sealing of documents similar in nature at the request of both Comcast and MaxLinear. (*See, e.g.*, ECF Nos. 233, 250, 263, 271.)

* * *

For the foregoing reasons, Comcast respectfully requests that the exhibits set forth in Appendix A permanently sealed and that the corresponding redactions in MaxLinear's Opposition Briefs also remain permanently sealed.

We are available to provide any additional information that would be helpful to the Court and thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ Dana M. Seshens*

Dana M. Seshens

cc: All Counsel of Record (via ECF)

**Electronic Filing**

Davis Polk

## Appendix A

| Ex. No. | Description |
|---|---|
| | **MaxLinear's Opposition to Comcast's Motion for Summary Judgment** |
| A | May 19, 2022 Comcast slide deck titled "10G-FDX MSO Amp Day," bearing Bates number CMCST00075884 |
| C | August 2019 email thread between Comcast and MaxLinear re: "Can you pls send us the slides and screen shots take at the demo?," bearing Bates number MXL0000006501 |
| D | Excerpts of deposition testimony of Richard Prodan |
| E | Excerpts of deposition testimony of Elad Nafshi |
| F | Excerpts of deposition testimony of Robert L. Howald |
| G | Excerpts of deposition testimony of Harry Bims, Ph.D. |
| I | March 14, 2019 messages between Elad Nafashi and James Lumley, bearing Bates number CMCST00786729 |
| J | July 9, 2021 email thread between Comcast and Broadcom re: "Re: [EXTERNAL] FDX AMP Development Framework," bearing Bates number CMCST00053788 |
| K | Slide deck titled "FoBB," bearing Bates number CMCST00054603 |
| L | February 2, 2021 internal Comcast email thread re: "Re: Reducing our XB3 footprint*******PLEASE DO NOT FORWARD OR SHARE *******," bearing Bates number CMCST00476284 |
| M | June-July 2021 internal Broadcom email thread re: "FDX AMP Update," bearing Bates number BCM0083719 |
| N | February 14, 2020 Broadcom slide deck presented to Comcast titled "Cable Roadmap Discussion – FDX Update," bearing Bates number CMCST00391954 |
| R | Excerpts of Expert Rebuttal Report of Dr. Harry V. Bims |
| CC | May 2018 email thread between Comcast and MaxLinear, then internal Comcast, re: "Comcast Visit - NRE & warrant proposal," bearing Bates number CMCST00266956 |
| DD | July 17, 2018 Comcast slide deck titled "Next Generation Access Networks Executive Update," bearing Bates number CMCST00298036 |
| GG | June 6, 2023 messages between Justin Colwel and Elad Nafshi, bearing Bates number CMCST00786538 |
| HH | March 19, 2018 Comcast slide deck titled "Next Generation Access Networks Executive Update," bearing Bates number CMCST00298367 |
| OO | July 2019 MaxLinear slide deck titled "Comcast Cronus Demo," bearing Bates number CMCST00300847 |
| QQ | December 3, 2020 MaxLinear slide deck titled "Deckard: Next Gen Digital Amplifier," bearing Bates number CMCST00526798 |
| RR | April 29, 2021 MaxLinear slide deck titled "Deckard: Going Beyond Node+2," bearing Bates number CMCST00066341 |
| SS | Pages of slide deck titled re: FDX Amplifiers, bearing Bates number CMCST00305594 |
| TT | August 21, 2019 internal Comcast email re: FDX Repeaters - Fact or Fiction - Notes 8/21," bearing Bates number CMCST00388753 |
| UU | September 2020 email thread between Comcast and MaxLinear re: "10G: MaxLinear FDX Amp re-group," bearing Bates number CMCST00388719 |
| WW | July 2021 email thread between Comcast and MaxLinear, then internal Comcast, re: "MaxLinear feedback," bearing Bates number CMCST00053734 |
| XX | April 2021 internal Comcast email thread re: "Brief MXL update," bearing Bates number CMCST00476236 |

Davis Polk

| Ex. No. | Description |
|---|---|
| YY | September 14, 2021 email thread between Comcast and Harmonic re: "SCTE FDX Demo w/Harmonic," bearing Bates number CMCST00052479 |
| ZZ | March 11, 2021 internal Comcast email thread re: "FDX AMPLIFIER - PATHS FORWARD," bearing Bates number CMCST00066685 |
| AAA | Pages from Comcast slide deck with original file name "FDX Amp Path Selection – July 2021r1.pptx," bearing Bates number CMCST00018231 |
| BBB | July 2021 internal Comcast email thread re: "CommScope vs. Harmonic RPD/Node Price Comparison," bearing Bates number CMCST00054468 |
| CCC | February 22, 2021 internal Comcast email thread re: "FDX and tier 2," bearing Bates number CMCST00048634 |
| DDD | July 2021 email thread between Comcast and MaxLinear, then internal Comcast, re: "MaxLinear AMP Proposal Update," bearing Bates number CMCST00267229 |
| EEE | July 14, 2021 internal Comcast Microsoft Teams Meeting invite with notes re: "MaxLinear Amp Proposal," bearing Bates number CMCST00067799 |
| FFF | July 2021 email thread between Comcast and MaxLinear, then internal Comcast, re: "MaxLinear AMP Proposal Update," bearing Bates number CMCST00216236 |
| HHH | May 2021 internal Comcast email thread re: "Charter Communications at MoffettNathanson-Hosted, Virtual Investor Conference," bearing Bates number CMCST00249819 |
| III | May 20, 2021 internal Comcast email thread re: "Commscope brainstorming session follow up," bearing Bates number CMCST00048390 |
| JJJ | October 14, 2021 messages between Elad Nafshi and +972544657003, bearing Bates number CMCST00786570 |
| RRR | Document titled "Refresher: 10G SoC Partnership Summary —Schedule Unchanged," bearing Bates number CMCST00297857 |
| SSS | Document titled "Broadcom Review — Summary as a 10G Partner," bearing Bates number CMCST00389199 |
| TTT | February 16, 2020 messages between Elad Nafshi and + 9499032638, bearing Bates number CMCST00784908 |
| UUU | January 11, 2021 internal Comcast email re: FDX CORE - MONTHLY MEETING," bearing Bates number CMCST00056092 |
| VVV | Slide deck titled "Comcast-Broadcom FDX Call — 2/14/20," bearing Bates number CMCST00301599 |
| WWW | June 2021 email thread between Broadcom and Comcast, then internal Comcast, then Comcast and CommScope re: "FDX Discussion" and "FDX Amp Idea - Guy feedback," bearing Bates number CMCST00048348 |
| XXX | July 27, 2021 Comcast slide deck titled "Next Generation Access Networks Executive Update," bearing Bates number CMCST00013390 |
| YYY | July 28, 2021 Comcast slide deck titled "Next Generation Access Networks Executive Update," bearing Bates number CMCST00053162 |
| AAAA | October 22, 2020 Comcast employee self-review, bearing Bates number CMCST00396579 |
| DDDD | May 10, 2021 Webex meeting invitation from Broadcom to Comcast re: "BRCM/Comcast FDX Amplifier Discussion," bearing Bates number CMCST00067959 |
| FFFF | May 10, 2021 Webex meeting invitation from Broadcom to Comcast re: "BRCM/Comcast FDX Amplifier Discussion," bearing Bates number CMCST00067957 |
| HHHH | December 3, 2020 Microsoft Teams Meeting invitation between Comcast and MaxLinear re: "FDX Amp update," bearing Bates number CMCST00389744 |
| JJJJ | March 2017 Comcast/Broadcom slide deck titled "Cable Access Roadmap Discussion BCM3162 FDX RPD Transceiver PHY," bearing Bates number CMCST00495846 |

**Davis Polk**

| Ex. No. | Description |
|---|---|
| KKKK | May 2019 Broadcom presentation titled "FDX Repeater," bearing Bates number CMCST00388796 |
| NNNN | October 1, 2021 internal Comcast email thread re: "Broadcom Amp power consumption," bearing Bates number CMCST00051872 |
| RRRR | Deposition testimony regarding strategy and business planning |
| **MaxLinear's Opposition to Comcast's Motion to Strike Certain Opinions of Dr. Stephen Wicker** | |
| B | Excerpts of deposition testimony of Richard Prodan |
| C | Excerpts of deposition testimony of Elad Nafshi |
| D | Excerpts of deposition testimony of Robert L. Howald |
| I | February 14, 2020 Broadcom slide deck presented to Comcast titled "Cable Roadmap Discussion – FDX Update," bearing Bates number CMCST00391954 |
| J | May 19, 2022 Comcast slide deck titled "10G-FDX MSO Amp Day," bearing Bates number CMCST00075884 |
| K | January 11, 2021 internal Comcast email re: FDX CORE - MONTHLY MEETING," bearing Bates number CMCST00056092 |
| L | Excerpts of Expert Rebuttal Report of D. Harry V. Bims |
| M | March 2021 internal Comcast email thread re: "BROADCOM STRATEGY," bearing Bates number CMCST00005886 |
| N | October 1, 2021 internal Comcast email thread re: "Broadcom Amp power consumption," bearing Bates number CMCST00051872 |
| **MaxLinear's Opposition to Comcast's Motion to Strike Certain Opinions of Dr. Coleman Bazelon** | |
| H | July 2021 email thread from MaxLinear to Comcast, then internal Comcast, re: "Feedback on AMP w/o share option," bearing Bates number CMCST00353244 |
| **MaxLinear's Opposition to Comcast's Motion to Strike MaxLinear's Demand for a Jury Trial on MaxLinear's Counterclaims** | |
| A | Agreement titled "Vendor Support Agreement" between Comcast Cable Communications Management, LLC, and MaxLinear, Inc., bearing Bates number MXL0000056424 |
| B | Excerpts of deposition testimony of Celine McGee |