UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC, *et al.*,<br><br>Plaintiffs,<br><br>-v-<br><br>MAXLINEAR, INC.,<br><br>Defendant. | : | 23 Civ. 4436 (JPC)<br><br><u>ORDER</u> |

JOHN P. CRONAN, United States District Judge:

This action was reassigned to the undersigned today. Among the pending motions in this matter are several motions to seal. *See* Dkts. 357, 374, 375, 383, 396-398. These appear to request that certain information that has been filed under seal on ECF remain under seal. The Court expects to resolve the sealing requests in connection with the parties' cross-motions for summary judgment and other associated motions. Dkts. 289, 301; *see generally*, Dkts. 289-400. If any party seeks to redact or seal materials that have not been filed under seal and are currently publicly accessible on ECF, that party shall submit a letter by November 30, 2026, identifying the relevant pending sealing motion.

SO ORDERED.

Dated: November 25, 2026
New York, New York

JOHN P. CRONAN
United States District Judge